# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2420
Lower Tribunal No. 2014-CF-010590

_____

DAVID JUNIOR LOPEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

July 7, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and PRATT, JJ., concur.


David Junior Lopez, Malone, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED